

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Colonel Clifton Hoskins and Hoskins Inc., recover their costs of this appeal from appellant, Leonard K. Hoskins.

SIGNED October 15, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice